IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENT T. RUCKER,

    Plaintiff,

vs.

J. TRENT, et al.,

    Defendants.

                                                   /

No. C 11-4312 YGR (PR)

**JUDGMENT**

    For the reasons set forth in the Order Granting Defendants' Motion to Dismiss, judgment is entered against Plaintiff and in favor of Defendants.

    IT IS SO ORDERED.

DATED: October 1, 2012

                                        **YVONNE GONZALEZ ROGERS**
                                        **UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.11\Rucker4312.jud.wpd