**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENT T. RUCKER,

      Plaintiff,

    vs.

J. TRENT, et al.,

      Defendants.

No. C 11-4312 YGR (PR)

**JUDGMENT**

_____/

     For the reasons set forth in the Order Granting Defendants' Motion to Dismiss, judgment is entered against Plaintiff and in favor of Defendants.

     IT IS SO ORDERED.

DATED: October 1, 2012

                                 YVONNE GONZALEZ ROGERS
                                 UNITED STATES DISTRICT COURT JUDGE